IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JONATHAN F. RAMOS,<br><br>           Plaintiff,<br><br>vs.<br><br>TYSON FRESH MEATS, INC., LONNY JEPSEN, ALFREDO MORENO, NICOLE THOMPSON, KELLY MARUSKA JO, and MIKE HUFFMAN,<br><br>           Defendants. | 8:20-CV-375<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

      This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

      Dated this 27th day of May, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge