IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JONATHAN F. RAMOS | |
| Plaintiff, | 8:20-CV-375 |
| vs. | JUDGMENT |
| TYSON FRESH MEATS, INC., | |
| Defendant. | |

On the plaintiff's motion to dismiss (filing 55), this case is dismissed with prejudice.

Dated this 26th day of April, 2023.

BY THE COURT:

*(signature)*
John M. Gerrard
Senior United States District Judge